UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Barrie DEMPSEY** Defendant. | '08 MJ 1397 Magistrate Case No.________ COMPLAINT FOR VIOLATION OF Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Alien(s) Without Presentation |

2008 MAY -5 AM 10: 23

The undersigned complainant being duly sworn states:

On or about **May 3, 2008**, within the Southern District of California, Defendant **Barrie DEMPSEY**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Maria ANTONIO-Gaspar**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this **5th** day of **May, 2008**.

UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Jacob James, declare under penalty of perjury the following to be true and correct:

The complainant states that **Maria ANTONIO-Gaspar** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 3, 2008, at approximately 1545 hours, **Barrie DEMPSEY, (Defendant),** made application for admission into the United States from Mexico through vehicle primary lanes at the San Ysidro Port of Entry. Defendant was the driver of a 1989 Toyota Camry. Defendant presented a California Driver License bearing his name and biographical information to a Customs and Border Protection (CBP) Officer. CBP Officer observed Defendant was sweating profusely, speaking rapidly, and hands were shaking. During an inspection of the vehicle CBP Officer discovered a person concealed in a compartment located in the rear seat. The person discovered in the compartment was later identified as Maria ANTONIO-Gaspar, Material Witness.

During a videotaped proceeding Defendant admitted that he had made arrangements to be smuggled into the United States for a fee of $2,000 USD. Defendant admitted that he was shown the compartment located in the rear seat area of the 1989 Toyota Camry but was not able to fit into the compartment because he was too tall. Defendant admitted to receiving a reduced smuggling fee from $2,000 USD to $600 USD for driving the vehicle into the United States. Defendant stated he did not see Material Witness enter the compartment but was aware that there was probably a person in the compartment.

During a videotaped proceeding Material Witness admitted to being a citizen of Mexico without documentation to enter the United States. Material Witness admitted she made the arrangements to be smuggled into the United States. Material Witness stated she was to pay $3,000 USD. Material Witness stated she was traveling to Washington to seek employment.

Executed on this 3rd day of May, 2008 at the San Ysidro Port of Entry.

[signature]
Jacob James / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page, I find probable cause to believe that the defendant named therein committed the offense on May 3, 2008 in violation of Title 8, United States Code, Section 1324.

[signature]
Magistrate Judge

5/4/08 12:40P.M.
Date/Time