✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

## APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ Gregory T. Murphy

Date

Signature

Print Name Bar Number

Address

City State Zip Code

Phone Number Fax Number

**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Barrie Dempsey

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LOUISA S. PORTER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. BARRIE DEMPSEY, Defendant. | ) | Case No. 08MJ1397 **CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Robert E. Schroth, Jr.
robschrothesq@sbcglobal.net,gershtheman@yahoo.com

Respectfully submitted,

DATED: May 8, 2008

/s/ Gregory T. Murphy
**GREGORY T. MURPHY**
Federal Defenders of San Diego, Inc.
Attorneys for Barrie Dempsey