RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA
2008 MAY 12 A 11:12

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Barrie Dempsey

Defendant(s)

CRIMINAL NO. 08mj 1397

ORDER

RELEASING MATERIAL WITNESS

Booking No.

CATHY ANN BENCIVENGO

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Antonio-Gaspar

DATED: 5/12/2008

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082