**GREGORY MURPHY**
California State Bar No. 245505
**JENNIFER L. COON**
California State Bar No. 203913
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org
jennifer_coon@fd.org

Attorneys for Mr. Dempsey

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BARRIE DEMPSEY,<br><br>Defendant. | ) | CASE NO. 08cr1723-JLS<br><br>DATE: September 12, 2008<br>TIME: 2:00 p.m.<br><br>DEFENDANT'S NOTICE OF MOTION AND MOTION FOR AUTHORIZATION TO CONDUCT FOREIGN DEPOSITIONS |

TO: KAREN HEWITT, UNITED STATES ATTORNEY; AND
CAROLINE HAN, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on September 12, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Barrie Dempsey, by and through counsel, Gregory Murphy, Jennifer L. Coon, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motion.

**MOTIONS**

The defendant, Barrie Dempsey, by and through counsel, Gregory Murphy, Jennifer L. Coon, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, the attached ex-parte declaration of counsel filed under seal, and all other applicable statutes, case law and local rules, hereby moves this Court for an order for:

//

1) Authorization to Conduct Foreign Depositions

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on this motion.

Respectfully submitted,

DATED: September 8, 2008

/s/ *Jennifer L. Coon*

**JENNIFER L. COON**
**GREGORY MURPHY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Dempsey

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy Chambers

Copy Assistant U.S. Attorney via ECF Notice of Electronic Filing

Copy Defendant

Dated: September 8, 2008

/s/ JENNIFER L. COON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
jennifer_coon@fd.org (email)